**Opinion issued September 19, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00579-CV

————————————

### ALI YAZDCHI, Appellant

### V.

### MAKANSAM INC. D/B/A IDEAL TOWING, AREA 5 VEHICLE STORAGE AND THE OAKS CONDOMINIUM ASSOCIATION, Appellees

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1085534**

---

## MEMORANDUM OPINION

Appellant Ali Yazdchi attempts to appeal from the trial court's judgment signed March 27, 2017.

Generally, a notice of appeal is due within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. The deadline to file a notice of appeal is

extended to 90 days after the date the judgment is signed if any party timely files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *See* TEX. R. APP. P. 26.1(a). The time to file a notice of appeal may also be extended if, within 15 days after the deadline to file the notice of appeal, a party properly files a motion for extension. *See* TEX. R. APP. P. 10.5(b), 26.3.

The record reflects that the trial court signed the final judgment on March 27, 2017. Appellant timely filed a motion for new trial on April 21, 2017. *See* TEX. R. CIV. P. 329b(a). Therefore, appellant's notice of appeal was due by June 25, 2017. *See* TEX. R. APP. P. 26.1(a).

Appellant untimely filed his notice of appeal on July 17, 2017. Without a timely filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1.

On August 1, 2017, we notified appellant that his appeal was subject to dismissal for want of jurisdiction unless, by August 15, 2017, he filed a response showing grounds for continuing the appeal. *See* TEX. R. APP. P. 42.3(a). Appellant has not filed a response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Massengale.